UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
DERRICK U. DENNIS, on behalf of himself
and all others similarly situated,

      Plaintiff,

v.

THE POKÉMON COMPANY
INTERNATIONAL, INC.

      Defendant.
---------------------------------x

No.: 1:19-CV-04055

**REVISED STIPULATION OF DISMISSAL WITH PREJUDICE**

JUL 2 5 2019

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff DERRICK U. DENNIS and Defendant THE POKÉMON COMPANY INTERNATIONAL, INC., by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action, in its entirety, be and hereby is dismissed with prejudice, without costs or attorneys' fees as against either party.

Dated: July 17, 2019

By: _____

Jonathan Shalom, Esq.
Shalom Law, PLLC
124-04 Metropolitan Avenue
Kew Gardens, NY 11415
Jshalom@jonathanshalomlaw.com
*Attorney for Plaintiff Derrick U. Dennis*

By: _____

Ryan T. Benson, Esq.
O'Hagan Meyer LLC
One E Wacker, Suite 3400
Chicago, IL 60601
rbenson@ohaganmeyer.com
*Attorney for Defendant The Pokémon Company International, Inc.*

SO ORDERED: 7/25/19

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE